UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CANDYCE A. HARDY,

                        *Plaintiff,*

-against-

THE TRAVELERS GROUP a/k/a THE AUTOMOBILE
INSURANCE COMPANY OF HARTFORD, CT,

                        *Defendant.*

**STIPULATION OF DISCONTINUANCE**

Civil Action No.: 10-CV-00166 (NPM-DEP)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled matter, that whereas no party is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued on the merits, with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: March 10, 2011

**WILLIAMSON, CLUNE & STEVENS**

By: _____
        Robert Clune

*Attorneys for Plaintiff*
Candyce A. Hardy
Office and Post Office Address:
317 North Tioga Street
P. O. Box 126
Ithaca, New York 14851-0126

DATED: March 17, 2011

**HISCOCK & BARCLAY, LLP**

By: _____
        John R. Casey

*Attorneys for Defendant*
The Travelers Group a/k/a The Automobile
    Insurance Company of Hartford, Ct
Office and Post Office Address:
50 Beaver Street
Albany, New York 12207

IT IS SO ORDERED:

_____
Neal P. McCurn
Senior United States District Judge
Dated: April 7, 2011
      Syracuse, NY